McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DEREK HILLGERT AND<br>JEFFREY WILHITE,<br><br>                Defendants. | CASE NO. 2:18-CR-112-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 4, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on September 4, 2018.

2. By this stipulation, defendants now move to continue the status conference until September 24, 2018, and to exclude time between September 4, 2018, and September 24, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On August 23, 2018, the government produced discovery associated with this case that includes more than 1500 pages of documents.

    b) Counsel for defendants desire additional time to review the discovery that has recently been produced.

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2018 to September 24, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  August 30, 2018         McGREGOR W. SCOTT
                      United States Attorney

                      /s/ MIRIAM R. HINMAN
                      MIRIAM R. HINMAN
                      Assistant United States Attorney

Dated:  August 30, 2018         /s/ J TONEY
                      J TONEY
                      Counsel for Defendant
                      Derek Hillgert

Dated:  August 30, 2018          /s/ MATTHEW BOCKMON

|  | MATTHEW BOCKMON |
|---|---|
|  | Counsel for Defendant |
|  | Jeffrey Wilhite |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 31, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE