| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRIAM R. HINMAN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK HILLGERT AND<br>JEFFREY WILHITE,<br><br>Defendants. | CASE NO. 2:18-CR-112-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 24, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on September 24, 2018.

2. By this stipulation, defendants now move to continue the status conference until October 29, 2018, and to exclude time between September 24, 2018, and October 29, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On August 23, 2018, the government produced discovery associated with this case that includes more than 1500 pages of documents.

    b) Counsel for defendants desire additional time to review the discovery and discuss the matter with their clients.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2018 to October 29, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 20, 2018         McGREGOR W. SCOTT
                        United States Attorney

                        /s/ MIRIAM R. HINMAN
                        MIRIAM R. HINMAN
                        Assistant United States Attorney

Dated: September 20, 2018          /s/ J TONEY
                        J TONEY
                        Counsel for Defendant
                        Derek Hillgert

Dated: September 20, 2018          /s/ MATTHEW BOCKMON

_____
MATTHEW BOCKMON
Counsel for Defendant
Jeffrey Wilhite

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 21, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3