HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MATTHEW C. BOCKMON, SBN # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JEFFERY WILHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-112 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING** |
| vs. | |
| JEFFERY WILHITE and DEREK HILLGERT, | ) Date: January 14, 2019 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Miriam Hinman, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, counsel for Jeffery Wilhite, and J. Toney, counsel for Derek Hillgert, that the sentencing hearing **may be continued to February 25, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Draft Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/14/19 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 1/28/19 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 2/4/19 |

Motion for Correction of the Presentence Report
shall be filed with the Court and served on the

Stipulation and Order to Continue PSR Schedule     -1-

| | | |
|---|---|---|
| Probation Officer and opposing counsel no later than: | | 2/11/19 |
| Reply or statement of non-opposition/Sentencing Memo: | | 2/19/19 |
| Judgment and Sentencing Date: | | 2/25/19 |

This continuance is requested because defense counsel and Probation were not able to coordinate interviews of the defendants until recently and because defense counsel seeks additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 14, 2018

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorneys for Defendant
JEFFERY WILHITE

Date: December 14, 2018

/s/ J. Toney
J. TONEY
Attorney for Defendant
DEREK HILLGERT

Date: December 14, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Miriam Hinman
MIRIAM HINMAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the sentencing hearing reset for February 25, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 14, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE