UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DEREK HILLGERT,

        Defendant.

No. 2:18-cr-00112 WBS

ORDER

----oo0oo----

        Defendant Derek Hillgert has filed a motion in which he requests that the court defer his payment of restitution until after his release.[1] (Docket No. 48.)

        Here, defendant has not shown that deferral of payment of restitution is appropriate. If a schedule of payments for restitution is ordered, that schedule "shall be the shortest time

---

[1] The judgment contains the provision that "[i]f incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program." (Docket No. 42.)

1

1 | in which full payment can reasonably be made." 18 U.S.C. §
2 | 3572(d)(2).  The court may, in its discretion, alter the payment
3 | schedule if defendant experiences a material change in economic
4 | circumstances.  18 U.S.C. § 3664(k).  However, defendant "has
5 | neither identified nor supported a material change in his
6 | financial circumstances," but rather simply argues that deduction
7 | of his restitution payments from his prison wages leaves him with
8 | insufficient funds to meet his basic needs in prison.  See <u>United
9 | States v. Head</u>, Case Nos. 2:08-cr-093 KJM, 2:08-cr-116 KJM, 2018
10 | WL 1744640, at *1 (E.D. Cal. Apr. 11, 2018) (denying request to
11 | defer restitution payments until after his release).
12 | Accordingly, defendant's motion (Docket No. 48) is DENIED.
13 |       IT IS SO ORDERED.
14 | Dated: September 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2