UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00112 WBS |
| Plaintiff, | |
| v. | ORDER |
| DEREK HILLGERT, | |
| Defendant. | |

----oo0oo----

Defendant Derek Hillgert has filed a motion in which he requests that the court defer his payment of restitution until after his release. (Docket No. 50.) The court denied a very similar request on September 22, 2020. (Docket Nos. 48, 49.) Because defendant does not raise any new grounds or argument in support of his second request for deferral of restitution, the court DENIES the request for the reasons discussed in its September 22, 2020 order.

IT IS SO ORDERED.

Dated:  November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1