UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DEREK HILLGERT,<br><br>            Defendant. | No. 2:18-cr-00112 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Derek Hillgert has filed a motion in which he requests that the court set up a payment plan for his restitution.  (Docket No. 52.)  The court previously denied two related requests by defendant to defer restitution until after his release.  (Docket Nos. 49, 51.)

For the same reasons the court denied the requests to defer restitution, the court will deny this request to set up a new payment plan.  Defendant's judgment contains the provision that "[i]f incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and

1

payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program." (Docket No. 42.)  Defendant has not shown any good reason for the court to modify this provision. Pursuant to statute, if a schedule of payments for restitution is ordered, that schedule "shall be the shortest time in which full payment can reasonably be made."  18 U.S.C. § 3572(d)(2).

The court may, in its discretion, alter the payment schedule if defendant experiences a material change in economic circumstances.  18 U.S.C. § 3664(k).  However, once again, defendant "has neither identified nor supported a material change in his financial circumstances," but rather simply states, for the third time now, that deduction of his restitution payments from his prison wages leaves him with insufficient funds to meet his basic needs in prison.  See United States v. Head, Case Nos. 2:08-cr-093 KJM, 2:08-cr-116 KJM, 2018 WL 1744640, at *1 (E.D. Cal. Apr. 11, 2018) (denying request to defer restitution payments until after his release).

IT IS THEREFORE ORDERED that defendant's motion (Docket No. 52) be, and the same hereby is, DENIED.

Dated:  November 24, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2